IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

HENRY FOSTER MCGUIRE, JR.,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

No. 1:18-cv-01166-JDB-jay
Re 1:17-cr-10010-JDB-1

_____

ORDER DIRECTING RESPONDENT TO ADVISE THE COURT
_____

Before the Court is the pro se motion of the Petitioner, Henry Foster McGuire, Jr., to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (the "Petition") (Docket Entry ("D.E.") 1), as supplemented (D.E. 4). In an order entered March 28, 2019, the Court directed the Respondent, the United States of America, to respond to the Petition within twenty-eight days. (D.E. 8.) On April 30, 2019, the Court granted the Government's motion for an extension of time to respond based on its need to obtain a transcript of prior proceedings. (D.E. 10.) The order directed the Government to file a notice advising the Court of its receipt of the transcript and the date of such receipt. (*Id.*)

As over three months have passed since the Court's directive with no further filings from the Respondent, it is ORDERED to advise the Court as to whether it has received the transcript and, if so, the date on which it was received. Respondent is ordered to comply with this directive within seven days of the entry of this order.

IT IS SO ORDERED this 16th day of August 2019.

                                                  s/ J. DANIEL BREEN
                                                  UNITED STATES DISTRICT JUDGE